In the Matter of Aubrey McCaffrey, Plaintiff, v. Arthur E. Howland, Chief Engineer and General Manager, Long Island State Park Commission, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Rehabilitate The First Mortgage Guaranty and Title Company. Reconstruction Finance Corporation, Appellant; President and Directors of The Manhattan Company, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of Supplementary Proceedings: Yonkers National Bank and Trust Company, Judgment Creditor, Respondent, v. John M. Barney and Norma L. Barney, His Wife, Judgment Debtors, City of Yonkers and James E. Hushion, Comptroller of the City of Yonkers, Appellants.— (No. 840.) Motion for leave to appeal to the Court of Appeals denied. (No. 841.) Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

George Leary and Daniel J. Leary, Appellants, v. Village of Lawrence, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

Samuel Linchitz, an Infant, etc., Appellant, v. John D. Chapman and Others, etc., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

Merchants National Bank, as Trustee under a Certain Mortgage Dated July 1, 1922, and Executed by Middletown Combined Building Company, Inc., to Secure the Payment of Its First and Refunding Mortgage, Seven Per Cent Twenty-Year Gold Bonds, Plaintiff, Respondent, v. Middletown Combined Buildings Company, Inc., Appellant, and Odel S. Hathaway, Respondent, and Others, Defendants.— Motions for reargument granted and on reargument the decision and order of this court, dated May 18, 1934, are amended so as to eliminate therefrom the provision for costs to appellant. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ. [See 241 App. Div. 882.]

Morris S. Nelkin, Plaintiff, v. Provident Loan Society of New York, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ. [See 241 App. Div. 875.]